IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAVID STEBBINS, )
)
)
)
Plaintiff, )
)
v. )   No. 12-289 C
)   Judge L. Block
THE UNITED STATES, )
)
Defendant. )

**FILED**
MAY 1 8 2012
U.S. COURT OF
FEDERAL CLAIMS

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Michael S. Macko_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Macko
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

MICHAEL S. MACKO
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0184
Facsimile: (202) 514-8624
Email: Michael.S.Macko@usdoj.gov

Dated: May 18, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2012, I caused to be placed in the United States mail (first-class, postage prepaid), a copy of defendant's "Notice of Appearance" of Michael S. Macko addressed as follows:

> David Stebbins, *pro se*
> 123 W. Ridge St.
> Apt. D
> Harrison, AR 72601

*Sue Smith*