ORIGINAL

# In the United States Court of Federal Claims

No. 12-289 C

**FILED**
JUL 9 2012
U.S. COURT OF
FEDERAL CLAIMS

**DAVID STEBBINS**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Order, filed July 9, 2012, granting defendant's motion to dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Hazel C. Keahey
Clerk of Court

**July 9, 2012**

By: _____

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.